UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN YORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:12-CV-77-FL |
| CBS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment, defendant's cross-motion for summary judgment and the Memorandum and Recommendation entered by the United States Magistrate Judge to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 1, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is denied and defendant's cross-motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 1, 2013, and Copies To:**

Wesley S. White (via CM/ECF Notice of Electronic Filing)
Susan York (via U.S. Mail)   PO Box 1181, 625 Fernando St., Manteo, NC 27954
                             921 Bull Hill Road, Windsor, NC 27983


August 1, 2013                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk